IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LESLIE RUDY, | : | |
| Plaintiff, | : | |
| | | Case No. 3:10CV093 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

**DECISION AND ENTRY**

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections has expired, hereby **ADOPTS** said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

   1.   The ALJ's decision is VACATED;

2. No finding is made regarding whether Plaintiff is under a "disability" within the meaning of the Social Security Act;

3. This matter is REMANDED to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with this Report and Recommendations and with any decision adopting this Report and Recommendations; and

4. The case is TERMINATED on the docket of this Court.

February 9, 2011                                *s/THOMAS M. ROSE

                                        _____
                                            Thomas M. Rose
                                        United States District Judge